**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**THELMA WILLIAMS, JR.,
ADC #93197**                                                                                          **PLAINTIFF**

V.                                         2:08CV00196-WRW-BD

**C. SIM,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice. In addition, the Court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

IT IS SO ORDERED this 15th day of January, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE