**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                                                                  **PLAINTIFF**

**V.**                                           **2:08CV00196-WRW-BD**

**C. SIM,** *et al.*                                                                                            **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, Judgment is hereby entered dismissing this case without prejudice. The Court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 15th day of January, 2009.

                                                          /s/Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE